Larry NEWELL, Jr., Plaintiff–Appellant,

v.

Ron ANGELONE; Page True; L. Fleming; J.B. O'Quinn, Sergeant; L. Hall; A. Kilbourne; V. Tate; James E. Briggs; Correctional Officer Sykes; Correctional Officer Lambert; Correctional Officer Sullivan; Sergeant Rose, Defendants–Appellees,

and

J. Armentrout; G. Hawks; Richard Young; Doctor Nwauche; Nurse Messer; Nurse Haynes; Nurse Mead; J. Hill, Nurse; P. Adams, Nurse; Nurse Brownley; Nurse Yates; Nurse Neeley; F. Schilling; L. Mullins; Brett Edmonds; W.E. Martin; John Doe, Defendants.

No. 03–6390.

United States Court of Appeals, Fourth Circuit.

Submitted July 31, 2003.

Decided Sept. 2, 2003.

Larry Newell, Jr., Appellant Pro Se. Philip Carlton Hollowell, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Larry Newell, Jr., appeals the district court's orders denying relief in his 42 U.S.C. § 1983 (2000) action, pursuant to the jury's verdict. Newell has not provided a transcript, and he fails to establish a basis to have a transcript prepared at government expense. 28 U.S.C. § 753(f) (2000). We have reviewed the existing record and find no basis for appellate relief. Accordingly, we affirm the district court's orders. *See Newell v. Angelone,* No. CA–01–70241, 2002 WL 378438 (W.D.Va. Mar. 7, 2002). We deny Newell's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*